IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BETTY FROST**, | ) |
| | ) |
| Plaintiff, | ) Civil No. **04-752-DRH** |
| | ) |
| V. | ) CJRA TRACK: **C** |
| | ) |
| **TECO BARGE LINES**, | ) PRESUMPTIVE TRIAL MONTH: |
| | ) **August, 2006** |
| Defendant. | ) |

### REVISED SCHEDULING AND DISCOVERY ORDER

By order dated October 19, 2005, U.S. District Judge David R. Herndon approved moving the presumptive trial month back to August, 2006, and the parties were directed to submit a proposed amended pretrial schedule. **(Doc. 20).** Unbeknownst to Judge Herndon, the parties had submitted a proposed amended schedule to the undersigned Magistrate Judge. Therefore, the parties have fully complied with Judge Herndon's directive.

The schedule proposed by the parties does not comport with the Local Rules, in that various discovery deadlines and the dispositive motion deadline were outside the prescribed time frame. Therefore, the following schedule shall control:

1. Plaintiff's deposition shall be taken by **December 8, 2005**.

2. Defendant's deposition shall be taken by **January 8, 2006**.

3. Third party actions shall be filed by **January 15, 2006**.

4. The Court trusts that the parties can agree to a staggered schedule for disclosing and deposing their respective expert witnesses. Any agreement should be memorialized in writing (but not filed) if it is to be enforced by the Court.

5. The discovery cutoff is **April 8, 2006**.

6. All dispositive motions shall be filed on or before **April 16, 2006**.

7. A settlement conference is set before U.S. Magistrate Judge Clifford J. Proud on **June 15, 2006, at 9:30 a.m.**; settlement statements must be submitted on or before **June 5, 2006**.

8. In accordance with Local Rule 16.2(b), a Final Pretrial Conference will be set before the trial judge by separate notice.

9. The presumptive trial month is **August, 2006**.

<u>**NO further extensions will be granted.**</u>

**DATED: October 20, 2005**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**