IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY FROST,**

    **Plaintiff,**

**v.**

**TECO BARGE LINE, INC.**

    **Defendant.**     Case No. 04-cv-752-DRH

## ORDER

**HERNDON, District Judge:**

The Court, having considered defendant TECO Barge Line, Inc.'s Motion for Additional Time to File Motions in Limine Related to Plaintiff's Expert's Opinions (Doc. 38), and Plaintiff having no objection (Doc. 39), hereby **GRANTS** said Motion (Doc. 38). Defendant is granted leave to file any and all motions in limine in any way related to Dr. Barry I. Feinberg's opinions in this case within five (5) days of Dr. Feinberg's deposition.

**IT IS SO ORDERED.**

Signed this 15th day of August, 2006.

                                                /s/     David   RHerndon
                                              **United States District Judge**