IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY FROST,**

        **Plaintiff,**

vs.                                                                                  Cause No.  04-752-DRH

**TECO BARGE LINE, INC.,**

        **Defendant.**

## ORDER

**HERNDON, District Judge:**

The Court, having considered defendant TECO Barge Line, Inc.'s Motion for Leave to Conduct Additional Discovery (Doc. 52), and having been fully advised of the same, hereby **GRANTS** said Motion in part. Defendant shall address the need for an additional expert following the review of the medical evidence herein:

The Court orders as follows:

(1) TECO Barge Line, Inc. is granted leave to obtain medical records from and depose Dr. Elbert White, Dr. Nicole Feeney, Dr. Paula Stinnett, Dr. Lisa Marbury, and plaintiff's treating psychiatrist; and

(2) plaintiff shall produce to TECO Barge Line, Inc., within fifteen (15) days of this Order, any and all medical records not previously produced unless plaintiff has objection thereto.

**IT IS SO ORDERED.**

Signed this 25th day of August, 2006.

/s/       David   RHerndon
**United States District Judge**