IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BETTY FROST,

    Plaintiff,

v.

TECO BARGE LINE, INC.

    Defendant.                          Case No. 04-cv-752-DRH

**ORDER**

**HERNDON, District Judge:**

    In light of the fact that the Court is currently engaged in an ongoing criminal trial that will likely last through the upcoming week, the Court must therefore **CONTINUE** the bench trial in this matter, currently set to begin on February 5, 2007. The new trial date has yet to be determined. Counsel for each party shall notify the Court, either by telephone call or e-mail to drhpd@ilsd.uscourts.gov, of their exclusionary dates for the months of May and June, 2007.

    **IT IS SO ORDERED**.

    Signed this 5th day of February, 2007.

                                     /s/       David RHerndon
                                     **United States District Judge**