IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BETTY FROST

    Plaintiff,

v.

TECO BARGE LINES,

    Defendant.                               Case No.  04-cv-752-DRH

### ORDER OF DISMISSAL

The Court hereby **ACKNOWLEDGES** the parties' Stipulation For Dismissal (Doc. 104), filed on September 13, 2007, stating that a settlement has been reached.  Therefore, as indicated by the parties, this matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs. Judgment shall be entered accordingly and the case filed closed.

    **IT IS SO ORDERED**.

Signed this 17th day of September, 2007.

                                                  /s/      DavidRHerndon
                                                  **United States District Judge**