IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BETTY FROST,**

    **Plaintiff,**

   **vs.**                                                                          Cause No.  04-CV-752 DRH

**TECO BARGE LINES,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------

                                                     **NORBERT G. JAWORSKI, CLERK**

September 17, 2007                                                           By:   s/Patricia Brown
                                                                                     Deputy Clerk

APPROVED:  /s/        DavidRHerndon
                      **U.S. DISTRICT JUDGE**